

KAREN NYHLEN
10540 Lakeside Dr N Unit C
Garden Grove, CA 92840-5059
Phone Number (310) 601-0446
Email: karen.nyhlen@gmail.com

IN PRO PER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| Karen Nyhlen, an individual;<br><br>      Plaintiff,<br><br> vs.<br><br>Boundless Digital LLC, a California limited liability company;<br><br>Blue Ribbon Take LLC, a California limited liability company;<br><br>Frank Huerta, an individual; and<br><br>DOES 1 – 20, inclusive,<br><br>      Defendant(s). | Case No.: 8:26-cv-00873-JVS-(JDEx)<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER ("TRO") AND ORDER TO SHOW CAUSE ("OSC") RE PRELIMINARY INJUNCTION** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

  1. Plaintiff hereby applies ex parte for a Temporary Restraining Order and an Order to Show Cause why a preliminary injunction should not issue against Defendants to prevent ongoing and irreparable harm.

- 1 -
PLAINTIFF'S EX PARTE APPLICATION FOR TRO

2. This application is based on the accompanying Memorandum of Points and Authorities, the Declaration of Plaintiff, the pleadings and records on file, and such further argument as the Court may permit.

3. Plaintiff will provide any security required by the Court pursuant to Federal Rule of Civil Procedure 65(c). Plaintiff respectfully requests that the Court waive the bond requirement or set a nominal bond, as Plaintiff has limited financial resources and Defendants face minimal risk of monetary harm from the requested relief.

4. Plaintiff seeks immediate relief to prevent ongoing and irreparable harm resulting from Defendants' conduct including unauthorized use of Plaintiff's intellectual property, misappropriation of trade secrets, false endorsement, and continued exploitation of Plaintiff's creative work and business assets.

5. Despite repeated notice and demands, Defendants have refused to cease their conduct and continue to exploit Plaintiff's materials, including in connection with a competing project entitled "*Almost.*"

6. Defendants' continued conduct despite notice and termination demonstrates that the harm is ongoing and will not cease absent court intervention.

7. Absent immediate injunctive relief, Plaintiff will continue to suffer irreparable harm, including loss of control over intellectual property, loss of business opportunities, and unfair competitive disadvantage.

DATED: April 10, 2026

KAREN NYHLEN
In Pro Per

- 2 -

PLAINTIFF'S EX PARTE APPLICATION FOR TRO